# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JEANNE DIORIO, | ) | CASE NO. 4:15-cv-1710 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | MEMORANDUM OPINION AND |
| | ) | ORDER |
| TMI HOSPITALITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

Before the Court is the motion of defendant for reasonable attorney fees and expenses in the amount of $12,224.97, incurred in opposing the motion of plaintiff Jeanne to compel discovery (Doc. No. 43), and the report and recommendation of Judge George Limbert recommending that the motion be granted (Doc. No. 47 ["R&R"]).

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

The failure to file written objections to the report and recommendation of a magistrate judge constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v.*

*Walters*, 638 F.2d 947 (6th Cir. 1981). Plaintiff is represented by counsel. The time period for filing objections has passed and no objections to the R&R have been filed.

The Court has reviewed Magistrate Judge Limbert's report and recommendation and adopts the same. Accordingly, defendant's motion for reasonable attorney fees and costs in the amount of $12,224.97 is granted, and shall be paid by plaintiff within thirty (30) days.

**IT IS SO ORDERED**.


Dated: June 6, 2017

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**